IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Capital Investment Funding LLC, Cosimo LLC,<br><br>     Plaintiffs,<br><br>vs.<br><br>LOP Capital LLC, Strategic Lending Solutions, LLC, Michael Loprieno, Brian Knight, Dennis Hackney, and Michael Parish,<br><br>     Defendants. | Civil Action No. 6:11-3321-JMC-KFM<br><br>**REPORT OF MAGISTRATE JUDGE** |

  This matter is before the court on the plaintiffs' motion to consolidate the instant case with another case pending in this court, *LOP Capital, LLC and Strategic Lending Solutions, LLC v. Cosimo, LLC, Capital Investment Funding, LLC, and CIF Property Holdings, LLC*, Civil Action No. 7:11-3312-JMC-KFM.

  Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(A) and Local Civil Rule 73.02(B)(2)(e) DSC, all pretrial matters in cases involving *pro se* litigants are referred to a United States Magistrate Judge for consideration.

  On April 24, 2012, this court issued a Report and Recommendation that the plaintiffs' motion to remand in Civil Action No. 7:11-3312-JMC-KFM be granted as proper diversity does not exist in that case and as supplemental jurisdiction cannot serve as an independent basis for removal. Should the district court adopt that recommendation, the plaintiffs' motion to consolidate (doc. 6) the instant case with the remanded case should be denied as moot.

  IT IS SO RECOMMENDED.

| | |
|---|---|
| April 24, 2012<br>Greenville South Carolina | s/ Kevin F. McDonald<br>United States Magistrate Judge |